Submitted April 6, petition for judicial review dismissed April 28, 2021

EARL ALLEN,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A171109

485 P3d 321

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Shawn Wiley, Deputy Public Defender, Office of Public Defense Services, filed the brief for petitioner.

Frederick M. Boss, Attorney General, Benjamin Gutman, Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Petition for judicial review dismissed. *Mastriano v. Board of Parole*, 342 Or 684, 690, 159 P3d 1151 (2007).